61 P.3d 555

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Calibuso v. State | 24421 | 12/03/2002 | Vacated and Remanded |
| State v. Joo | 24493 | 12/04/2002 | Affirmed |
| Akui v. Moke | 24474 | 12/20/2002 | Affirmed |
| State v. Ferguson | 24081 | 12/26/2002 | Affirmed/Reversed in part |

| | | | |
|---|---|---|---|
| Akui v. Moke | 24474 | 01/13/2003 | Denied |